UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. BROWN,

    Petitioner,

  v.

DEBBIE ASUNCION, Acting Warden,

    Respondent.

Case No. 14-cv-04497-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Respondent's Renewed Motion to Dismiss Petition as Successive; and Granting Certificate of Appealability,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: February 23, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge