UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. BROWN,<br><br>Petitioner,<br><br>v.<br><br>W. L. MUNIZ, Warden,<br><br>Respondent. | Case No. 14-cv-04497-YGR (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO PROCEED *IN FORMA PAUPERIS* ON APPEAL; AND DENYING HIS MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL** |

Petitioner in this *pro se* habeas case filed a notice of appeal from the dismissal of his petition as a successive petition pursuant to 28 U.S.C. § 2244(b). The Court has issued a certificate of appealability ("COA"). Dkt. 30 at 7-8. He now seeks leave to proceed *in forma pauperis* ("IFP") on appeal, and moves for appointment of counsel on appeal. Dkt. 32.

28 U.S.C. § 1915(a)(3) provides that an appeal may not be taken IFP if the district court certifies that it is taken in bad faith. The reasons set out in the Order Granting Respondent's Renewed Motion to Dismiss Petition as Successive; and Granting Certificate of Appealability explain why this appeal is taken in good faith. Accordingly, his request to proceed IFP on appeal (dkt. 32) is GRANTED.

Petitioner's motion for appointment of counsel on appeal (dkt. 32) is DENIED without prejudice to renewing it in the Ninth Circuit Court of Appeals if that court issues a COA.

The Clerk of the Court shall serve notice of this Order to the Ninth Circuit, as well as to the parties. *See* Fed. R. App. P. 24(a).

This Order terminates Docket No. 32.

IT IS SO ORDERED.

Dated: May 5, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge